UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA,

    Plaintiff,                                    Hon. Janet T. Neff

v.                                                            Case No. 1:19-cv-339

DANIEL THODY, et al.,

    Defendants.
_____/

**REPORT AND RECOMMENDATION**

This matter is before the Court on Defendant Walter-Eliyah Thody's Motion to Dismiss Entire Case for Court's Demonstrated Prejudicial Bias. (ECF No. 56.) Pursuant to 28 U.S.C. § 636(b)(1)(B), the undersigned recommends that the motion be **DENIED** as frivolous.

In his instant motion, Defendant alleges that dismissal of this case is warranted based on the Court's prejudicial bias against him, namely, continuing to exercise jurisdiction over this case when Defendant insists it does not exist. For the reasons stated in the undersigned's prior Reports and Recommendations (ECF Nos. 39 and 58), Defendant's instant motion is frivolous and should be denied.

Accordingly, the undersigned recommends that Defendant's motion to dismiss (ECF No. 56) be **denied**.

**NOTICE**

OBJECTIONS to this Report and Recommendation must be filed with the Clerk of Court within 14 days of the date of service of this notice. 28 U.S.C. § 636(b)(1)(C). Failure to file

objections within the specified time waives the right to appeal the District Court's order. *See*

*Thomas v. Arn*, 474 U.S. 140 (1985); *United States v. Walters*, 638 F.2d 947 (6th Cir. 1981).

Dated: April 23, 2020                                                        /s/ Sally J. Berens  
                                                                                                           SALLY J. BERENS  
                                                                                                           U.S. Magistrate Judge