UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA,

    Plaintiff,

v.

DANIEL THODY, et al.,

    Defendants.
_____/

Case No. 1:19-cv-339

HON. JANET T. NEFF

## **ORDER**

This is a civil action. Defendant Walter-Eliyah Thody filed a Demand for Dismissal Pursuant to Provisions of U.S. Constitution and High Court Decisions (ECF No. 114) and a Motion to Dismiss Harassment Suit and for Compensation for Defendant's Costs (ECF No. 129). The matter was referred to the Magistrate Judge, who issued a Report and Recommendation on December 9, 2020, recommending that the motions be denied. The Report and Recommendation was duly served on the parties. No objections have been filed. *See* 28 U.S.C. § 636(b)(1). Accordingly:

**IT IS HEREBY ORDERED** that the Report and Recommendation (ECF No. 138) is APPROVED and ADOPTED as the Opinion of the Court.

**IT IS FURTHER ORDERED** that Defendant Walter-Eliyah Thody's Demand for Dismissal Pursuant to Provisions of U.S. Constitution and High Court Decisions (ECF No. 114) and Motion to Dismiss Harassment Suit and for Compensation for Defendant's Costs (ECF No. 129) are DENIED for the reasons set forth in the Report and Recommendation.

Dated: January 7, 2021

          /s/ Janet T. Neff
          JANET T. NEFF
          United States District Judge